**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re: Pam McCauley                  :    Case No. 16-50245
                                                         :    Chapter 13
                                                         :    SSN: xxx-xx-9092

**MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION**

Come now Debtor(s), by counsel, and hereby move(s) this Court for an Order allowing him/her/them to modify the Chapter 13 Plan for reasons more fully explained in the accompanying Memorandum In Support.

**MEMORANDUM IN SUPPORT**

Debtor(s) filed for Chapter 13 Bankruptcy relief on January 17th, 2016, and the Chapter 13 Plan was confirmed on June 21st, 2016. Debtor(s)' plan calls for a variety of payments at a 1% dividend.

The proposed Modification would make the payments what the debtor has paid so far, then $1575 per month through January 2018, then $1985 per month for 12 months beginning with the February 2018 payment, then $2410 per month until the plan completes. The dividend paid to unsecured creditors would remain the same. The plan as modified would complete within 60 months from the date of confirmation. This represents an increase in payments for the last 24 months.

As modified, the plan meets the best interests of the creditors and represents the debtor's best effort under the current situation. Amended Schedules I and J have not been filed as the change to currently confirmed plan payments of $1575 and then $1985 does not occur for over a year.

*WHEREFORE*, Debtor(s) respectfully move the Court *GRANT* Debtor(s) Motion To Modify Chapter 13 Plan Post-confirmation.

                                       Respectfully submitted,

                                       __/s/Curtis Cockerill_____

                                       Curtis Cockerill (0062517)

                                       PO Box 2738

                                       Columbus, OH 43216

                                       Phone: (614) 222-3007

## NOTICE AND CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served by ordinary first class U.S. Mail postage prepaid or electronically (if marked "Electronic service") as per the local rules the **8th day of May, 2017**, on the parties whose names and addresses are listed below as and for notice that the attached changes have been made affecting the interests of the served parties. The parties noticed have **twenty-one(21) days** after this date to file a written objection in opposition and to serve the same on the undersigned.

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Curtis Cockerill    clawyer@sbcglobal.net, usbksdoh@yahoo.com
- Jennifer Fate    fate@mmmb.com, admin@mmmb.com;stacey@mmmb.com
- Christopher P Kennedy    bankruptcy@carlisle-law.com
- Frank M Pees    trustee@ch13.org

Pam McCauley
2187 New Village Road
Columbus OH 43232

JS & Associates Appraisal Services, LLC
P.O. Box 29637
Columbus, OH 43229-0637

.

_/s/ Curtis Cockerill_____

Curtis Cockerill (0062517)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re: Pam McCauley  :  Case No. 16-50245
 :  Chapter 13
 :  SSN: xxx-xx-9092

**NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION**

Debtor(s)' have filed papers with the court to: Motion To Modify Chapter 13 Plan Post-confirmation ("Motion").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney you may wish to consult one.)**

If you do not want the court to change your status or if you want the court to consider your views on the Motion, on or before **twenty-one (21) days** from the date of service of the Motion you or your attorney must:

File with the court a response to the Motion and serve a copy as directed by the notice not later than **twenty-one (21) days** after service of the Motion at:

**U.S. Bankruptcy Court, Clerks Office, 170 N. High Street, Columbus OH 43215**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it before the date stated above.

You must also mail a copy to:

Curtis Cockerill, PO Box 2738 Columbus OH 43216
Frank M. Pees, Chapter 13 Trustee, 130 East Wilson Bridge Road, Suite 200, Worthington, OH 43085
Office Of the U.S. Trustee, 170 North High Street, #200, Columbus, OH 43215
Pam McCauley, 2187 New Village Road, Columbus OH 43232

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.

Date: ____5/08/17_____        __/s/ Curtis Cockerill_____
                                           Curtis Cockerill (0062517)
                                           PO Box 2738
                                           Columbus, OH 43216
                                           (614) 222-3007