## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | PAMELA MARIE MCCAULEY | : | Case No: 16-50245 |
| | | : | CHAPTER 13 |
| | Debtor(s) | : | Judge C KATHRYN PRESTON |

### AFFIDAVIT OF DEFAULT

I, Frank M. Pees, standing Chapter 13 Trustee, being duly sworn do hereby state the following:

(1) Debtor(s) has failed to make all the required Plan Payments since the date of the Agreed Order. As a result, Debtor(s) is now more than 30 days delinquent in plan funding.

(2) The Agreed Order entered March 07, 2017 states:
"...Debtor(s) shall resume full and regular payments into the Plan. Debtor(s) shall also cure the length problem in the Plan, if any, within sixty (60) days of the date of this Order by filing such pleadings as may be necessary, e.g. a motion to modify the Plan or objections to claims. If the Debtor(s) become more than thirty (30) days in default on any subsequent Plan payment, or if the Debtor(s) fail to correct the length problem within sixty (60) days, the Trustee shall be authorized to submit to the Court an order or dismissal with an attached affidavit attesting to the default under this Agreed Order. Upon submission of the Trustee's proposed order of dismissal and affidavit of default, the Motion to Dismiss will be granted instanter without further notice or hearing."

Further, affiant saith naught.

**STATE OF OHIO** )
**COUNTY OF FRANKLIN** ) SS:

AFFIDAVIT

(Written Signature) _____
(Typed of written name) Frank M. Pees

SWORN TO and subscribed in my presence this 28th day of September 2017

(Written Signature) _____
(Typed of written name) Jill R. Frey
Notary Public, State of Ohio
Commission Expires 09/14/2019
Recorded in Madison County, Ohio

Jill R. Frey
Notary Public, State of Ohio
My Commission Expires 9-14-2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:    PAMELA MARIE MCCAULEY    :    Case No: 16-50245

:    CHAPTER 13

Debtor(s)    :    Judge C KATHRYN PRESTON

### NOTICE AND CERTIFICATE OF SERVICE

I hereby certify that on September 28th, 2017, a copy of the foregoing Affidavit of Default was served on the following registered ECF participants **electronically** through the court's ECF system at the email address registered with the court:

U.S. Trustee
Frank M. Pees
Curtis Cockerill

and on the following by **ordinary U.S. mail** address to:

Pamela Marie McCauley
2187 New Village Road
Columbus, OH  43232

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee